**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CATHERINE VIOLA FAST,

     Plaintiff,

v.                                                                            Case. No. 10-14765
                                                                              Hon. Lawrence P. Zatkoff
COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed this action seeking Social Security disability benefits.  This matter currently

comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 22], in which

the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [dkt 17] be denied

and Defendant's Motion for Summary Judgment [dkt 21] be granted.  Plaintiff has filed objections

to the Magistrate's Report and Recommendation [dkt 25], to which Defendant has responded [dkt

26].  The Court has thoroughly reviewed the court file, the respective motions, the Report and

Recommendation, Plaintiff's objections, and Defendant's response.  For the reasons discussed

below, the Court ADOPTS the Magistrate Judge's Report and Recommendation.  Plaintiff's Motion

for Summary Judgment is DENIED, and Defendant's Motion for Summary Judgment is GRANTED.

The Court will, however, briefly address Plaintiff's objections.

Plaintiff raises six objections to the Magistrate Judge's Report and Recommendation.  In her

objections, Plaintiff essentially disputes the ALJ's weighing of the evidence, and objects to the

Magistrate Judge's failure to adopt Plaintiff's views in that regard.  Plaintiff further argues in her

objections that there is evidence to conflict the ALJ's relied-upon evidence, and that substantial

evidence exists to support a finding in Plaintiff's favor on a particular issue.  Even if true, however,

these claims are not dispositive if  "it is also true that substantial evidence supports [Defendant's]

finding."  *Casey v. Sec'y of Health & Human Svc's*, 987 F.2d 1230, 1235 (6th Cir. 1993).  The ALJ

showed, and the Magistrate Judge acknowledged, that substantial evidence existed to support the

ALJ's conclusions.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment

[dkt 17]  is DENIED, and Defendant's Motion for Summary Judgment [dkt 21] is GRANTED.

        IT IS SO ORDERED.

                                    S/Lawrence P. Zatkoff
                                    LAWRENCE P. ZATKOFF
                                    UNITED STATES DISTRICT JUDGE

    Dated:  March 28, 2012

                            CERTIFICATE OF SERVICE

        The undersigned certifies that a copy of this Order was served upon the attorneys of
record by electronic or U.S. mail on March 28, 2012.

                                    S/Marie E. Verlinde
                                    Case Manager
                                    (810) 984-3290